# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

United States of America,

    Plaintiff,

-vs-

Underwood,

    Defendant.

Case No. 3:12po146

Violation # R3391480

Magistrate Judge Newman

## ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge of Driving Under Suspension in violation of ORC § 4510.11, made in Count ___ of the Information or made in Violation Notice # R3391480 is hereby AMENDED to charge no Operator's license in violation of O.R.C. § 4510.12.

IT IS SO ORDERED.

Date: 4/10/13

_____
United States Magistrate Judge
4/10/13

_____
Assistant United States Attorney