# United States District Court
## Southern District of Ohio at Dayton

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | **(For Offenses Committed On or After November 1, 1987)** |
| | Case Number:  <u>3:12-PO-146</u> |
| **CHARLOTTE UNDERWOOD** | |
| | **Pro Se** |
| | **Defendant's Attorney** |

## THE DEFENDANT:

[✔]   pleaded guilty to count: <u>One (1)</u> of the superseding information.

[ ]   pleaded nolo contendere to count ___ which was accepted by the court.

[ ]   was found guilty at TRIAL on count___ after a plea of Not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| **18 USC §§ 7 & 13 and ORC 4510.12(a)** | **DRIVING WITHOUT A LICENSE** | **6/19/2012** | **One S (1S)** |

The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[✔]   Count <u>1</u> of the Information are dismissed on the motion of the United States.

[ ]   The defendant's operator's license be suspended for a period of 1 year.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.:  <u>**XXX-XX-7058**</u> | April 10, 2013 |
| Defendant's Date of Birth:  <u>**XX-XX-1953**</u> | Date of Imposition of Judgment |
| Defendant's USM No.:  <u>None</u> | |
| Defendant's Residence Address: | |
| **5407 Hoover Avenue, Apt 130 Dayton, OH 45417** | s/ Michael J. Newman<br>United States Magistrate Judge |
| Defendant's Mailing Address:<br>**5407 Hoover Avenue, Apt 130 Dayton, OH 45417** | April 10, 2013 |

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the Schedule of Payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $5.00 | $50.00 | $ |

[ ] If applicable, restitution amount ordered pursuant to plea agreement .......... **$**

# FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ _.

The defendant shall pay interest on any fine of more than $2500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

[ ] The interest requirement is waived.

[ ] The interest requirement is modified as follows:

# RESTITUTION

[ ] The determination of restitution is deferred in a case brought under Chapters 109A, 100, 110A and 113A of Title 18 for offenses committed on or after 09/13/1994, until up to 60 days. An amended Judgment in a Criminal Case will be entered after such determination.

[ ] The court modifies or waives interest on restitution as follows:

[ ] The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order of percentage payment column below.

| Name of Payee | **Total Amount of Loss | Amount of Restitution Ordered | Priority Order or % of Pymnt |
|---|---|---|---|
|  | TOTALS: | $ ___ | $ |

CASE NUMBER: 3:12-PO-146                      
DEFENDANT:    CHARLOTTE UNDERWOOD

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

    Payment of the total fine and other criminal monetary penalties shall be due as follows:

A    [✔]   in full immediately; or

B    [✔]   $5.00 special assessment  immediately, balance due (in accordance with C, D, or E); or

C    [ ]   not later than March 29, 2013 ; or

D    [ ]   in installments to commence _ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E    [ ]   at a rate of not less than $25 per month, and to be paid in full 60 days prior to the expiration of his probation term.

 Special instructions regarding the payment of criminal monetary penalties:

    All criminal monetary penalty payments are to be made to the Clerk's Office, United States District Court, 200 West Second Street, Room 712, Dayton, OH 45402.

    [ ]   The defendant shall pay the cost of prosecution.

    [ ]   The defendant shall forfeit the defendant's interest in the following property to the United States: